IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| BAKARY CAMARA, | No. 4:23-CV-00504 |
| Petitioner, | (Chief Judge Brann) |
| v. | |
| WARDEN, FCI-ALLENWOOD, | |
| Respondent. | |

## ORDER

### JULY 31, 2023

**AND NOW**, in accordance with the accompanying Memorandum Opinion,

**IT IS HEREBY ORDERED** that:

1. Petitioner Bakary Camara's petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241 is **DENIED**.

2. The Clerk of Court is directed to mark this matter **CLOSED**.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
Chief United States District Judge